

August 14, 2014

Greater Boston Properties, Inc.
696 Tremont Street
Boston, MA 02115

July 15, 2015          CASE NUMBER: 15-CV-11540

205 Rollstone, 14 Beacon, 47-49 Cedar, 375-377 Elm Street Fitchburg, MA

To Whom It May Concern,

Attached please find the financial reports for Case Number 15-CV-11540.

The following is a brief summary of what we found upon taking over the property.

1) Owners lawyer provided us with paperwork and invoices of property.

2) Owner was using O'Connor Management to collect rent and do work on units as necessary at his instructions. I met with the owner of O'Connor Management and he provided lease paperwork, rental information and a delinquency list. At the time of taking over there were four units with delinquencies of 30 days.

3) An inspection of the exteriors and interior common areas found deferred maintenance which included;
    a) All common hallways were filthy
    b) Landscaping was needed at all sites
    c) Lack of fire safety in common halls
    d) Bulbs not working
    e) The two vacant units were in various levels of disrepair.

4) All items above have been addressed and the properties are now landscaped and cleaned on a regular basis. Fire safety equipment is now restored. One vacant unit is rent ready and should be occupied by August 1st.

5) There were outstanding violations with the City of Fitchburg for the property at 49 Cedar Street. The exterior decks and stairs were cited for structural integrity. A permit has been pulled and work should be completed and permit signed off on by the next



receiver report. Additional the property was cited for not having an intercom system and a secure front door. This work has already been completed.

6) 375 Elm Street 3L is subsidized by Leominster Housing Authority. The subsidy was discontinued in January due to outstanding violations. This was not reported to the receiver by the owner. We have spoken to the housing authority and have corrected the violations. Everyone is working to have the subsidy restored by August 1.

7) Other general maintenance is occurring on an as needed basis.

8) There was an outstanding invoice due to the previous receiver assigned to 49 Cedar Street. The amount owed was $12,283.00. This expense could not be funded from income. A funding request was sent to Fannie Mae who promptly sent funding to pay the outstanding invoice.

9) Current rent collections have been able to pay existing invoices accept for the mortgage.

If you have any questions or concerns please do not hesitate to reach out to me. Thank you for your review of these documents.

Regards,

Scott D. Wolf
As Receiver
Greater Boston Properties, Inc.





GREATER BOSTON PROPERTIES INC.

# Winroth 47-49 Cedar St. Rcvr.
06/30/2015
# Monthly Financial Statements
## Managed by Scott Wolf
## Greater Boston Properties, Inc.
Fiscal Year End 12/31
Unaudited cash based financials
intended for internal use only

| *Included Reports* | *Copies* |
|---|---|
| Blank Page Disclaimer | 1 |
| Balance Sheet | 1 |
| Profit & Loss | 1 |
| Delinquent Report | 1 |
| Prepaid Report | 1 |
| Security Deposit Report | 1 |
| Resident Transaction Report | 1 |
| General Ledger | 1 |
| Bank Reconciliation | 1 |

**Note: This report may contain blank pages if there is no activity to report.**

07/16/2015
9:04 PM

2514 Winroth 47-49 Cedar St. Rcvr
Balance Sheet
06/30/2015

Page: BS 3

c/o Greater Boston Properties
185 Dudley Street
Boston MA 02119

Greater Boston Properties, Inc
185 Dudley Street
Boston MA 02119

| GL Account | GL Description | June 2015 Actual |
|---|---|---|
| | **Current Assets** | |
| | **Cash** | |
| | **Operating Accounts** | |
| 10007 | CAB Operating | 5,248.06 |
| | **Total Operating Accounts** | 5,248.06 |
| | **Total Cash** | 5,248.06 |
| | **Total Current Assets** | 5,248.06 |
| | **TOTAL ASSETS** | 5,248.06 |
| | **LIABILITIES & EQUITIES** | |
| | **Liabilities** | |
| | **Current Liabilities** | |
| | **Total Current Liabilities** | 0.00 |
| | **TOTAL LIABILITIES** | 0.00 |
| | **Retained Earnings/Current Income** | |
| 30400 | Owner Contributions | 14,283.00 |
| | Net Income/(-) Loss | -9,034.94 |
| | **TOTAL EQUITY** | 5,248.06 |
| | **TOTAL LIABILITIES & EQUITY** | 5,248.06 |

07/16/2015
9:04 PM

2514 Winroth 47-49 Cedar St. Rcvr
Profit & Loss
06/30/2015

Page: PL 4

c/o Greater Boston Properties
185 Dudley Street
Boston  MA  02119

Greater Boston Properties, Inc
185 Dudley Street
Boston MA  02119

|  |  | June 2015 | YTD Actual 2015 |
|---|---|---:|---:|
| | **REVENUE** | | |
| 45000 | Rent | 3,580.00 | 3,580.00 |
| | **Total Income** | **3,580.00** | **3,580.00** |
| | **Other Operating Income** | | |
| 48000 | Interest Income Operating | 0.61 | 0.61 |
| | **Total Other Operating Income** | **0.61** | **0.61** |
| | **TOTAL INCOME** | **3,580.61** | **3,580.61** |
| | **EXPENSES** | | |
| | **Administrative** | | |
| 50800 | Management Fees | 8,815.00 | 8,815.00 |
| 51150 | Prof Fees: Legal/Court Fees | 1,628.00 | 1,628.00 |
| | **Total Administrative Expenses** | **10,443.00** | **10,443.00** |
| | **Utilities** | | |
| 55010 | Electricity | 21.69 | 21.69 |
| 55035 | Gas | 8.50 | 8.50 |
| 55160 | Water & Sewer | 302.36 | 302.36 |
| | **Total Utilities** | **332.55** | **332.55** |
| | **Buildings Repair and Maintenance** | | |
| 56190 | Deck maintenance | 1,840.00 | 1,840.00 |
| | **Total Buildings Repair and Maintenance** | **1,840.00** | **1,840.00** |
| | **TOTAL OPERATING EXPENSES** | **12,615.55** | **12,615.55** |
| | **TOTAL EXPENSES** | **12,615.55** | **12,615.55** |
| | **Total Operating + Profit/- Loss** | **(9,034.94)** | **(9,034.94)** |

07/16/2015 9:04 PM

General Ledger
2514 Winroth 47-49 Cedar St
For Dates 06/01/2015 to 06/30/2015

Page: A  9

For Accounts  to ZZZZZZZZ

Greater Boston Properties, Inc

| | | Type | Reference | Date | Description | Debit Amount | Credit Amount | |
|---|---|---|---|---|---|---|---|---|
| 10007 | CAB Operating | | | | Beginning Balance | | | 0.00 |
| | | JE | 00024806 | 06/16/2015 | Fannie Mae wire | 12,283.00 | | |
| | | RCP | 00117718 | 06/19/2015 | RM Cash Proc Post | 5,580.00 | | |
| | | ACK | CWCEO-010000 | 06/22/2015 | Unitil | | 30.19 | |
| | | ACK | CWCEO-010001 | 06/22/2015 | City of Fitchburg | | 302.36 | |
| | | ACK | CWCEO-010002 | 06/22/2015 | Jack Wolfson | | 12,283.00 | |
| | Interest | JBR | CWCEO-063015 | 06/30/2015 | Bank Reconciliation | 0.61 | | |
| | | | | | Account Total | 17,863.61 | 12,615.55 | 5,248.06 |
| | | | | | Ending Balance | | | 5,248.06 |
| 30400 | Owner Contributions | | | | Beginning Balance | | | 0.00 |
| | | JE | 00024806 | 06/16/2015 | Fannie Mae wire | | 12,283.00 | |
| | portion prior rent | RCP | 00117718 | 06/19/2015 | RM Cash Proc Post | | 2,000.00 | |
| | | | | | Account Total | 0.00 | 14,283.00 | -14,283.00 |
| | | | | | Ending Balance | | | -14,283.00 |
| 45000 | Rent | | | | Beginning Balance | | | 0.00 |
| | June rent 1 of 2 | RCP | 00117718 | 06/19/2015 | RM Cash Proc Post | | 3,580.00 | |
| | | | | | Account Total | 0.00 | 3,580.00 | -3,580.00 |
| | | | | | Ending Balance | | | -3,580.00 |
| 48000 | Interest Income Operating | | | | Beginning Balance | | | 0.00 |
| | Interest | JBR | CWCEO-063015 | 06/30/2015 | Bank Reconciliation | | 0.61 | |
| | | | | | Account Total | 0.00 | 0.61 | -0.61 |
| | | | | | Ending Balance | | | -0.61 |
| 50800 | Management Fees | | | | Beginning Balance | | | 0.00 |
| | 6/1-7/1/15 | ACK | CWCEO-010002 | 06/22/2015 | Jack Wolfson | 8,815.00 | | |
| | | | | | Account Total | 8,815.00 | 0.00 | 8,815.00 |
| | | | | | Ending Balance | | | 8,815.00 |
| 51150 | Prof Fees: Legal/Court Fees | | | | Beginning Balance | | | 0.00 |
| | 6/1-7/1/15 | ACK | CWCEO-010002 | 06/22/2015 | Jack Wolfson | 1,628.00 | | |
| | | | | | Account Total | 1,628.00 | 0.00 | 1,628.00 |
| | | | | | Ending Balance | | | 1,628.00 |
| 55010 | Electricity | | | | Beginning Balance | | | 0.00 |
| | 4/15-5/12/15 | ACK | CWCEO-010000 | 06/22/2015 | Unitil | 21.69 | | |
| | | | | | Account Total | 21.69 | 0.00 | 21.69 |
| | | | | | Ending Balance | | | 21.69 |
| 55035 | Gas | | | | Beginning Balance | | | 0.00 |
| | 4/12-5/11/15 | ACK | CWCEO-010000 | 06/22/2015 | Unitil | 8.50 | | |
| | | | | | Account Total | 8.50 | 0.00 | 8.50 |
| | | | | | Ending Balance | | | 8.50 |
| 55160 | Water & Sewer | | | | Beginning Balance | | | 0.00 |
| | 3/31-4/30/15 | ACK | CWCEO-010001 | 06/22/2015 | City of Fitchburg | 302.36 | | |
| | | | | | Account Total | 302.36 | 0.00 | 302.36 |
| | | | | | Ending Balance | | | 302.36 |
| 56190 | Deck maintenance | | | | Beginning Balance | | | 0.00 |
| | 6/1-7/1/15 | ACK | CWCEO-010002 | 06/22/2015 | Jack Wolfson | 1,840.00 | | |
| | | | | | Account Total | 1,840.00 | 0.00 | 1,840.00 |
| | | | | | Ending Balance | | | 1,840.00 |
| | | | | | Totals | 30,479.16 | 30,479.16 | |

Bank Reconciliation
CWCEO Winroth Cedar Oper
06/30/2015

| | |
|---|---|
| Bank Balance As Of 06/30/2015 | 5,248.06 |
| Adjusted Bank Balance | 5,248.06 |
| Book Balance As Of 06/30/2015 | 5,247.45 |
| Interest Income | 0.61 |
| Bank Charges | 0.00 |
| Adjusted Book Balance | 5,248.06 |

RM Outstanding Deposit List
CWCEO Winroth Cedar Oper
Deposits Dated 06/30/2015

| | Date | Description | Amount |
|---|---|---|---|
| | | Bank Code Total | 0.00 |

Community Association Banc
A Division of Mutual of Omaha Bank
Main Office
P.O. Box 64084
Phoenix, AZ 85082
(866) 800-4656



6-30-15
276534033

GREATER BOSTON
47-49 CHEAP STREET
186 MULLET ST
BOSTON MA 02119-2571

27653 403 3      NOW ACCOUNT

| Previous Balance | 6-12-15 | | .00 |
|---|---|---|---|
| +Deposits/Credits | | 2 | 17,863.00 |
| -Checks/Debits | | 3 | 12,615.55 |
| -Service Charge | | | .00 |
| +Interest Paid | | | .61 |
| Current Balance | | | 5,248.06 |
| Days in Statement Period | | 18 | |

```
+ - - - - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - - +
```
Interest Earned From 6/13/15 To 6/30/15
| Days in Period | 17 |
|---|---|
| Interest Earned | .61 |
| Annual Percentage Yield Earned | .10 |
| Interest Paid this Year | .61 |
| Interest Withheld this Year | .00 |

```
+ - - - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - +
```
| Date | Description | Amount |
|---|---|---|
| 6-16 | INCOMING WIRE 15918509 | 12283.00 |
| 6-19 | Image Deposit | 5580.00 |
| 6-30 | Interest Pymt | .61 |

```
+ - - - - - - - - - - - - - CHECKS PAID - - - - - - - - - - - -+
```
| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 10000 | 6-30 | 30.19 | 10001 | 6-29 | 302.36 |
| 10002 | 6-30 | 12283.00 | | | |

```
+ - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - +
```
| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6-12 | | 6-16 | 12283.00 | 6-19 | 17863.00 |
| 6-29 | 17560.64 | 6-30 | 5248.06 | | |

```
+ - - - - - - -OVERDRAFT CHARGES/REFUNDS SUMMARY - - - - - - - +
```
| | This Cycle | YTD |
|---|---|---|
| Total returned item fees | .00 | .00 |
| Total overdraft fees | .00 | .00 |

END OF STATEMENT



Winroth 375-377 Elm St.
2515



GREATER BOSTON PROPERTIES INC

# Winroth 375-377 Elm St. Rcvr.
06/30/2015
## Monthly Financial Statements
### Managed by Scott Wolf
### Greater Boston Properties, Inc.
Fiscal Year End 12/31
Unaudited cash based financials
intended for internal use only

| *Included Reports* | *Copies* |
|---|---|
| Blank Page Disclaimer | 1 |
| Balance Sheet | 1 |
| Profit & Loss | 1 |
| Delinquent Report | 1 |
| Prepaid Report | 1 |
| Security Deposit Report | 1 |
| Resident Transaction Report | 1 |
| General Ledger | 1 |
| Bank Reconciliation | 1 |

Note: This report may contain blank pages if there is no activity to report.

07/17/2015
11:20 AM

375-377 Elm St. Row.
Balance Sheet
06/30/2015

Page: BS 3

c/o Greater Boston Properties
185 Dudley Street
Boston MA 02119

Greater Boston Properties, Inc
185 Dudley Street
Boston MA 02119

| GL Account | GL Description | June 2015 Actual |
|---|---|---|
| | **Current Assets** | |
| | **Cash** | |
| | **Operating Accounts** | |
| 10007 | CAB Operating | 3,523.15 |
| | **Total Operating Accounts** | 3,523.15 |
| | **Total Cash** | 3,523.15 |
| | **Total Current Assets** | 3,523.15 |
| | **TOTAL ASSETS** | 3,523.15 |
| | **LIABILITIES & EQUITIES** | |
| | **Liabilities** | |
| | **Current Liabilities** | |
| | **Total Current Liabilities** | 0.00 |
| | **TOTAL LIABILITIES** | 0.00 |
| | **Retained Earnings/Current Income** | |
| 30400 | Owner Contributions | 2,000.00 |
| | Net Income/(-) Loss | 1,523.15 |
| | **TOTAL EQUITY** | 3,523.15 |
| | **TOTAL LIABILITIES & EQUITY** | 3,523.15 |

07/17/2015
11:20 AM

2515 Winrath 375-377 Elm St. Rcvr.
Profit & Loss
06/30/2015

Page: PL 4

c/o Greater Boston Properties
185 Dudley Street
Boston MA 02119

Greater Boston Properties, Inc
185 Dudley Street
Boston MA 02119

|  |  | June 2015 | YTD Actual 2015 |
|---|---|---|---|
| | **REVENUE** | | |
| 45000 | Rent | 2,029.00 | 2,029.00 |
| | **Total Income** | **2,029.00** | **2,029.00** |
| | **Other Operating Income** | | |
| 48000 | Interest Income Operating | 0.10 | 0.10 |
| | **Total Other Operating Income** | **0.10** | **0.10** |
| | **TOTAL INCOME** | **2,029.10** | **2,029.10** |
| | **EXPENSES** | | |
| | **Utilities** | | |
| 55010 | Electricity | 25.77 | 25.77 |
| 55160 | Water & Sewer | 480.18 | 480.18 |
| | **Total Utilities** | **505.95** | **505.95** |
| | **TOTAL OPERATING EXPENSES** | **505.95** | **505.95** |
| | **TOTAL EXPENSES** | **505.95** | **505.95** |
| | **Total Operating + Profit/- Loss** | **1,523.15** | **1,523.15** |

07/17/2015 11:20 AM

General Ledger
2515 Winroth 375-377 Elm St
For Dates 06/01/2015 to 06/30/2015

Page: A  9

For Accounts  to ZZZZZZZZ

Greater Boston Properties, Inc

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10007 | CAB Operating | | | | Beginning Balance | | 0.00 |
| | | RCP | 00117713 | 06/19/2015 | RM Cash Proc Post | 4,029.00 | |
| | | ACK | CWELO-010000 | 06/22/2015 | Unitil | | 25.77 |
| | | ACK | CWELO-010001 | 06/22/2015 | City of Fitchburg | | 480.18 |
| | Interest | JBR | CWELO-063015 | 06/30/2015 | Bank Reconciliation | 0.10 | |
| | | | | | Account Total | 4,029.10 | 505.95 | 3,523.15 |
| | | | | | Ending Balance | | | 3,523.15 |
| | | | | | | | |
| 30400 | Owner Contributions | | | | Beginning Balance | | 0.00 |
| | portion prior rent | RCP | 00117713 | 06/19/2015 | RM Cash Proc Post | | 2,000.00 |
| | | | | | Account Total | 0.00 | 2,000.00 | -2,000.00 |
| | | | | | Ending Balance | | | -2,000.00 |
| | | | | | | | |
| 45000 | Rent | | | | Beginning Balance | | 0.00 |
| | June rent 1 of 2 | RCP | 00117713 | 06/19/2015 | RM Cash Proc Post | | 2,029.00 |
| | | | | | Account Total | 0.00 | 2,029.00 | -2,029.00 |
| | | | | | Ending Balance | | | -2,029.00 |
| | | | | | | | |
| 48000 | Interest Income Operating | | | | Beginning Balance | | 0.00 |
| | Interest | JBR | CWELO-063015 | 06/30/2015 | Bank Reconciliation | | 0.10 |
| | | | | | Account Total | 0.00 | 0.10 | -0.10 |
| | | | | | Ending Balance | | | -0.10 |
| | | | | | | | |
| 55010 | Electricity | | | | Beginning Balance | | 0.00 |
| | 4/15-5/15/15 | ACK | CWELO-010000 | 06/22/2015 | Unitil | 25.77 | |
| | | | | | Account Total | 25.77 | 0.00 | 25.77 |
| | | | | | Ending Balance | | | 25.77 |
| | | | | | | | |
| 55160 | Water & Sewer | | | | Beginning Balance | | 0.00 |
| | 3/31-4/30/15 | ACK | CWELO-010001 | 06/22/2015 | City of Fitchburg | 480.18 | |
| | | | | | Account Total | 480.18 | 0.00 | 480.18 |
| | | | | | Ending Balance | | | 480.18 |
| | | | | | | | |
| | | | | | | 4,535.05 | 4,535.05 | 0.00 |

Bank Reconciliation
CWELO Winroth Elm St. Oper
06/30/2015

| | |
|---|---:|
| Bank Balance As Of 06/30/2015 | 3,523.15 |
| Adjusted Bank Balance | 3,523.15 |
| Book Balance As Of 06/30/2015 | 3,523.05 |
| Interest Income | 0.10 |
| Bank Charges | 0.00 |
| Adjusted Book Balance | 3,523.15 |

RM Outstanding Deposit List
CWELO Winroth Elm St. Oper
Deposits Dated 06/30/2015

| Srch | Date | Description | Amount |
|------|------|-------------|--------|
|      |      | Bank Code Total | 0.00 |

Community Association Banc
A Division of Mutual of Omaha Bank
Main Office
P.O. Box 64084
Phoenix, AZ 85082
(866) 800-4656


**MutualofOmahaBank**
Community Association Banc

6-30-15
27653404A1

GREATER BOSTON
375-377 ELM ST
185 MILLEY ST
BOSTON MA 02119-2571

27653 404 1     NOW ACCOUNT

```
       Previous Balance      6-12-15              .00
       +Deposits/Credits          1          4,029.00
       -Checks/Debits             2            505.95
       -Service Charge                            .00
       +Interest Paid                            .10
       Current Balance                       3,523.15
       Days in Statement Period   19
```

```
* - - - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - - *
  Interest Earned From  6/12/15 To  6/30/15
  Days in Period                                17
  Interest Earned                              .10
  Annual Percentage Yield Earned               .10
  Interest Paid this Year                      .10
  Interest Withheld this Year                  .00
```

```
* - - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - *
Date                  Description                   Amount
6-19                  Image Deposit                4029.00
6-30                  Interest Pymt                    .10
```

```
* - - - - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - *
      No.  Date     Amount         No.  Date     Amount
    10000  6-29      25.77       10001  6-29     480.18
```

```
* - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - - *
 Date      Balance   Date      Balance   Date      Balance
 6-12                6-19     4029.00    6-29     3523.08
 6-30     3523.15
```

```
* - - - - - - - -OVERDRAFT CHARGES/REFUNDS SUMMARY- - - - - - - *
                              This Cycle          YTD
  Total returned item fees          .00          .00
  Total overdraft fees              .00          .00
```

END OF STATEMENT



# Winroth 14 Beacon St. Rcvr.

06/30/2015

## Monthly Financial Statements

Managed by Scott Wolf

Greater Boston Properties, Inc.

Fiscal Year End 12/31

Unaudited cash based financials

intended for internal use only

| *Included Reports* | *Copies* |
|---|---|
| Blank Page Disclaimer | 1 |
| Balance Sheet | 1 |
| Profit & Loss | 1 |
| Delinquent Report | 1 |
| Prepaid Report | 1 |
| Security Deposit Report | 1 |
| Resident Transaction Report | 1 |
| General Ledger | 1 |
| Bank Reconciliation | 1 |

Note: This report may contain blank pages if there is no activity to report.

07/16/2015
8:46 PM

2513 Winroth 14 Beacon St. Rlvr.
Balance Sheet
06/30/2015

Page: BS 3

c/o Greater Boston Properties
185 Dudley Street
Boston MA  02119

Greater Boston Properties, Inc
185 Dudley Street
Boston MA  02119

| GL Account | GL Description | June 2015 Actual |
|---|---|---|
| | **Current Assets** | |
| | **Cash** | |
| | **Operating  Accounts** | |
| 10007 | CAB Operating | 3,828.60 |
| | **Total Operating Accounts** | 3,828.60 |
| | **Total Cash** | 3,828.60 |
| | **Total Current Assets** | 3,828.60 |
| | **TOTAL ASSETS** | 3,828.60 |
| | **LIABILITIES & EQUITIES** | |
| | **Liabilities** | |
| | **Current Liabilities** | |
| | **Total Current Liabilities** | 0.00 |
| | **TOTAL LIABILITIES** | 0.00 |
| | **Retained Earnings/Current Income** | |
| 30400 | Owner Contributions | 2,000.00 |
| | Net Income/(-) Loss | 1,828.60 |
| | **TOTAL EQUITY** | 3,828.60 |
| | **TOTAL LIABILITIES & EQUITY** | 3,828.60 |

07/16/2015
8:46 PM

2513 Winroth 14 Beacon St. Rev,
Profit & Loss
06/30/2015

Page: PL  4

c/o Greater Boston Properties
185 Dudley Street
Boston  MA  02119

Greater Boston Properties, Inc
185 Dudley Street
Boston  MA  02119

|  |  | June 2015 | YTD Actual 2015 |
|---|---|---:|---:|
|  | **REVENUE** |  |  |
| 45000 | Rent | 2,350.00 | 2,350.00 |
|  | **Total Income** | **2,350.00** | **2,350.00** |
|  | **Other Operating Income** |  |  |
| 48000 | Interest Income Operating | 0.10 | 0.10 |
|  | **Total Other Operating Income** | **0.10** | **0.10** |
|  | **TOTAL INCOME** | **2,350.10** | **2,350.10** |
|  | **EXPENSES** |  |  |
|  | **Utilities** |  |  |
| 55010 | Electricity | 29.88 | 29.88 |
| 55035 | Gas | 293.86 | 293.86 |
| 55160 | Water & Sewer | 197.76 | 197.76 |
|  | **Total Utilities** | **521.50** | **521.50** |
|  | **TOTAL OPERATING EXPENSES** | **521.50** | **521.50** |
|  | **TOTAL EXPENSES** | **521.50** | **521.50** |
|  | **Total Operating + Profit/- Loss** | **1,828.60** | **1,828.60** |

07/16/2015  8:46 PM

General Ledger
2513 Winroth 14 Beacon St. Rc
For Dates 06/01/2015 to 06/30/2015

Page: A 9

For Accounts  to ZZZZZZZZ

Greater Boston Properties, Inc

| Account | | Type | Reference | Date | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 10007 | CAB Operating | | | | Beginning Balance | | | 0.00 |
| | | RCP | 00117714 | 06/19/2015 | RM Cash Proc Post | 4,350.00 | | |
| | | ACK | CWBEO-010000 | 06/22/2015 | Unitil | | 323.74 | |
| | | ACK | CWBEO-010001 | 06/22/2015 | City of Fitchburg | | 197.76 | |
| | Interest | JBR | CWBEO-063015 | 06/30/2015 | Bank Reconciliation | 0.10 | | |
| | | | | | Account Total | 4,350.10 | 521.50 | 3,828.60 |
| | | | | | Ending Balance | | | 3,828.60 |
| 30400 | Owner Contributions | | | | Beginning Balance | | | 0.00 |
| | portion pri mth rent | RCP | 00117714 | 06/19/2015 | RM Cash Proc Post | | 2,000.00 | |
| | | | | | Account Total | 0.00 | 2,000.00 | -2,000.00 |
| | | | | | Ending Balance | | | -2,000.00 |
| 45000 | Rent | | | | Beginning Balance | | | 0.00 |
| | rent rec'd June 1of2 | RCP | 00117714 | 06/19/2015 | RM Cash Proc Post | | 2,350.00 | |
| | | | | | Account Total | 0.00 | 2,350.00 | -2,350.00 |
| | | | | | Ending Balance | | | -2,350.00 |
| 48000 | Interest Income Operating | | | | Beginning Balance | | | 0.00 |
| | Interest | JBR | CWBEO-063015 | 06/30/2015 | Bank Reconciliation | | 0.10 | |
| | | | | | Account Total | 0.00 | 0.10 | -0.10 |
| | | | | | Ending Balance | | | -0.10 |
| 55010 | Electricity | | | | Beginning Balance | | | 0.00 |
| | 4/14-5/13/15 | ACK | CWBEO-010000 | 06/22/2015 | Unitil | 29.88 | | |
| | | | | | Account Total | 29.88 | 0.00 | 29.88 |
| | | | | | Ending Balance | | | 29.88 |
| 55035 | Gas | | | | Beginning Balance | | | 0.00 |
| | 4/13-5/12/15 | ACK | CWBEO-010000 | 06/22/2015 | Unitil | 293.86 | | |
| | | | | | Account Total | 293.86 | 0.00 | 293.86 |
| | | | | | Ending Balance | | | 293.86 |
| 55160 | Water & Sewer | | | | Beginning Balance | | | 0.00 |
| | 3/31-4/30/15 | ACK | CWBEO-010001 | 06/22/2015 | City of Fitchburg | 197.76 | | |
| | | | | | Account Total | 197.76 | 0.00 | 197.76 |
| | | | | | Ending Balance | | | 197.76 |
| | | | | | | 4,871.60 | 4,871.60 | 0.00 |

Bank Reconciliation
CWBEO Winroth Beacon Oper
06/30/2015

| | |
|---|---|
| Bank Balance As Of 06/30/2015 | 3,828.60 |
| Adjusted Bank Balance | 3,828.60 |
| Book Balance As Of 06/30/2015 | 3,828.50 |
| Interest Income | 0.10 |
| Bank Charges | 0.00 |
| Adjusted Book Balance | 3,828.60 |

RM Outstanding Deposit List
CWBEO Winroth Beacon Oper
Deposits Dated 06/30/2015

| Batch | Date | Description | Amount |
|-------|------|-------------|--------|
|  |  | Bank Code Total | 0.00 |

Community Association Banc
A Division of Mutual of Omaha Bank
Main Office
P.O. Box 64084
Phoenix, AZ 85082
(866) 800-4656


*MutualofOmahaBank*
Community Association Banc

```
                                                        6-30-15
                                                        276594017


        GREATER BOSTON PROPERTIES INC
        14 BEACON STREET
        185 DUDLEY ST
        BOSTON MA 02119-2571

        27653 401 7      NOW ACCOUNT

            Previous Balance      6-10-15              .00
            +Deposits/Credits       1            4,350.00
            -Checks/Debits          2              521.50
            -Service Charge                           .00
            +Interest Paid                            .10
            Current Balance                      3,828.60
            Days in Statement Period       21

    +  -  -  -  -  -  -  -  -  - INTEREST SUMMARY -  -  -  -  -  -  -  -  -  +
    Interest Earned From  6/10/15 To  6/30/15
    Days in Period                                      21
    Interest Earned                                    .10
    Annual Percentage Yield Earned                     .10
    Interest Paid this Year                            .10
    Interest Withheld this Year                        .00

    +  -  -  -  -  -  -  -  - DESCRIPTIVE TRANSACTIONS -  -  -  -  -  -  -  -  +
    Date                 Description                      Amount
    6-19                 Image Deposit                   4350.00
    6-30                 Interest Pymt                        .10

    +  -  -  -  -  -  -  -  -  -  - CHECKS PAID -  -  -  -  -  -  -  -  -  -  +
         No.  Date         Amount              No.  Date        Amount
       10000  6-29        323.74             10001  6-29        197.76

    +  -  -  -  -  -  -  -  - DAILY BALANCE SUMMARY -  -  -  -  -  -  -  -  -  +
    Date        Balance      Date      Balance     Date       Balance
    6-10                     6-19      4350.00      6-29       3828.50
    6-30       3826.60

    +  -  -  -  -  -  - OVERDRAFT CHARGES/REFUNDS SUMMARY -  -  -  -  -  -  -  +
                                        This Cycle           YTD
    Total returned item fees                 .00            .00
    Total overdraft fees                     .00            .00


END OF STATEMENT
```





GREATER BOSTON PROPERTIES INC

# Winroth 205 Rollstone St Rcv

*06/30/2015*

# Monthly Financial Statements

## Managed by Scott Wolf

## Greater Boston Properties, Inc.

Fiscal Year End 12/31

Unaudited cash based financials

intended for internal use only

| *Included Reports* | *Copies* |
|---|---|
| Blank Page Disclaimer | 1 |
| Balance Sheet | 1 |
| Profit & Loss | 1 |
| Delinquent Report | 1 |
| Prepaid Report | 1 |
| Security Deposit Report | 1 |
| Resident Transaction Report | 1 |
| General Ledger | 1 |
| Bank Reconciliation | 1 |

Note: This report may contain blank pages if there is no activity to report.

07/16/2015
9:05 PM

6 Winroth 205 Rollstone St Rcv
Balance Sheet
06/30/2015

Page: BS  3

c/o Greater Boston Properties
185 Dudley Street
Boston MA 02119

Greater Boston Properties, Inc
185 Dudley Street
Boston MA 02119

| GL Account | GL Description | June 2015 Actual |
|---|---|---|
| | **Current Assets** | |
| | **Cash** | |
| | **Operating  Accounts** | |
| 10007 | CAB Operating | 3,218.64 |
| | **Total Operating Accounts** | 3,218.64 |
| | **Total Cash** | 3,218.64 |
| | | |
| | **Total Current Assets** | 3,218.64 |
| | **TOTAL ASSETS** | 3,218.64 |
| | | |
| | **LIABILITIES & EQUITIES** | |
| | **Liabilities** | |
| | **Current Liabilities** | |
| | | |
| | **Total Current Liabilities** | 0.00 |
| | **TOTAL LIABILITIES** | 0.00 |
| | **Retained Earnings/Current Income** | |
| 30400 | Owner Contributions | 2,000.00 |
| | Net Income/(-) Loss | 1,218.64 |
| | **TOTAL EQUITY** | 3,218.64 |
| | **TOTAL LIABILITIES & EQUITY** | 3,218.64 |

07/16/2015
9:05 PM

16 Winron 205 Rollstone St Rev
Profit & Loss
06/30/2015

Page: PL 4

c/o Greater Boston Properties
185 Dudley Street
Boston MA 02119

Greater Boston Properties, Inc
185 Dudley Street
Boston MA 02119

| | | June 2015 | YTD Actual 2015 |
|---|---|---|---|
| | **REVENUE** | | |
| 45000 | Rent | 1,500.00 | 1,500.00 |
| | **Total Income** | **1,500.00** | **1,500.00** |
| | **Other Operating Income** | | |
| 48000 | Interest Income Operating | 0.08 | 0.08 |
| | **Total Other Operating Income** | **0.08** | **0.08** |
| | **TOTAL INCOME** | **1,500.08** | **1,500.08** |
| | **EXPENSES** | | |
| | **Utilities** | | |
| 55160 | Water & Sewer | 281.44 | 281.44 |
| | **Total Utilities** | **281.44** | **281.44** |
| | **TOTAL OPERATING EXPENSES** | **281.44** | **281.44** |
| | **TOTAL EXPENSES** | **281.44** | **281.44** |
| | **Total Operating + Profit/- Loss** | **1,218.64** | **1,218.64** |

General Ledger
2816 Winroth 285 Rollstone St
For Dates 06/01/2015 to 06/30/2015

For Accounts  to ZZZZZZZZ

Greater Boston Properties, Inc

| Account | | Type | Reference | Date | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 10007 | CAB Operating | | | | Beginning Balance | | | 0.00 |
| | | RCP | 00117717 | 06/19/2015 | RM Cash Proc Post | 3,500.00 | | |
| | | ACK | CWROO-01000006/22/2015 | | City of Fitchburg | | 281.44 | |
| | Interest | JBR | CWROO-06301506/30/2015 | | Bank Reconciliation | 0.08 | | |
| | | | | | Account Total | 3,500.08 | 281.44 | 3,218.64 |
| | | | | | Ending Balance | | | 3,218.64 |
| 30400 | Owner Contributions | | | | Beginning Balance | | | 0.00 |
| | portion prior rent | RCP | 00117717 | 06/19/2015 | RM Cash Proc Post | | 2,000.00 | |
| | | | | | Account Total | 0.00 | 2,000.00 | -2,000.00 |
| | | | | | Ending Balance | | | -2,000.00 |
| 45000 | Rent | | | | Beginning Balance | | | 0.00 |
| | June rent 1 of 2 | RCP | 00117717 | 06/19/2015 | RM Cash Proc Post | | 1,500.00 | |
| | | | | | Account Total | 0.00 | 1,500.00 | -1,500.00 |
| | | | | | Ending Balance | | | -1,500.00 |
| 48000 | Interest Income Operating | | | | Beginning Balance | | | 0.00 |
| | Interest | JBR | CWROO-06301506/30/2015 | | Bank Reconciliation | | 0.08 | |
| | | | | | Account Total | 0.00 | 0.08 | -0.08 |
| | | | | | Ending Balance | | | -0.08 |
| 55160 | Water & Sewer | | | | Beginning Balance | | | 0.00 |
| | 4/2-5/1/15 | ACK | CWROO-01000006/22/2015 | | City of Fitchburg | 281.44 | | |
| | | | | | Account Total | 281.44 | 0.00 | 281.44 |
| | | | | | Ending Balance | | | 281.44 |
| | | | | | Entity Totals | 3,781.52 | 3,781.52 | 0.00 |

Bank Reconciliation
CWROO Winroth Rollstone Op
06/30/2015

| | |
|---|---:|
| Bank Balance As Of 06/30/2015 | 3,218.64 |
| Adjusted Bank Balance | 3,218.64 |
| Book Balance As Of 06/30/2015 | 3,218.56 |
| Interest Income | 0.08 |
| Bank Charges | 0.00 |
| Adjusted Book Balance | 3,218.64 |

RM Outstanding Deposit List
CWROO Winroth Rollstone Op
Deposits Dated 06/30/2015

| Batch | Date | Description | Amount |
|---|---|---|---|
| | | Bank Code Total | 0.00 |



Community Association Banc
A Division of Mutual of Omaha Bank
Main Office
P.O. Box 64084
Phoenix, AZ 85082
(866) 800-4656

6-30-15
276534050

GREATER BOSTON
205 POLLSTONE ST
185 DUDLEY ST
BOSTON MA 02119-2571

27653 405 0   NOW ACCOUNT

| Previous Balance | 6-12-15 | | .00 |
|---|---|---|---|
| +Deposits/Credits | | 1 | 3,500.00 |
| -Checks/Debits | | 1 | 281.44 |
| -Service Charge | | | .00 |
| +Interest Paid | | | .08 |
| Current Balance | | | 3,218.64 |
| Days in Statement Period | | 19 | |

+ - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - +
Interest Earned From  6/12/15 To  6/30/15
Days in Period                                    17
Interest Earned                                   .08
Annual Percentage Yield Earned                    .09
Interest Paid this Year                           .08
Interest Withheld this Year                       .00

+ - - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - +

| Date | Description | Amount |
|---|---|---|
| 6-19 | Image Deposit | 3500.00 |
| 6-30 | Interest Pymt | .08 |

+ - - - - - - - - - -CHECKS PAID- - - - - - - - - - +

| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 10000 | 6-29 | 281.44 | | | |

+ - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - +

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6-12 | | 6-19 | 3500.00 | 6-29 | 3218.56 |
| 6-30 | 3218.64 | | | | |

+ - - - - - - - - - -OVERDRAFT CHARGES/REFUNDS SUMMARY- - - - - - - - - - +

| | This Cycle | YTD |
|---|---|---|
| Total returned item fees | .00 | .00 |
| Total overdraft fees | .00 | .00 |

END OF STATEMENT

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on July 24, 2015.

RECEIVER, GREATER BOSTON PROPERTIES, INC., by its Attorney

TURK & QUIJANO, LLP

/S/Jeffrey C. Turk
Jeffrey C. Turk
BBO #684443
639 Granite Street, Suite 305
Braintree, MA. 02184
(781) 356-4200
jturk@tqlawfirm.com